**Dismissed and Opinion Filed January 15, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00637-CV

**SEMON BONNER, Appellant**
**V.**
**FEDERAL HOME LOAN MORTGAGE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02290-B**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by November 21, 2019. By postcard dated November 25, 2019, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert D. Burns, III//
ROBERT D. BURNS, III
CHIEF JUSTICE

190637f.p05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

SEMON BONNER, Appellant

No. 05-19-00637-CV          V.

FEDERAL HOME LOAN MORTGAGE,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-19-02290-B.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 15th day of January, 2020.